**DISMISS and Opinion Filed April 19, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01034-CV

## PETER O. ONYEBUCHI, Appellant
## V.
## JACKSON EHIOGUH AND MUSTAPHA YUSUF, Appellees

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-18-10931

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by February 8, 2023. We later extended the time for appellant's brief until March 10, 2023. By postcard dated March 15, 2023 we informed appellant his brief was overdue and directed him to file his brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P.

38.8(a)(1).  To date, appellant has not filed his brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Erin A. Nowell/
ERIN A. NOWELL
JUSTICE


221034F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

PETER O. ONYEBUCHI, Appellant

No. 05-22-01034-CV     V.

JACKSON EHIOGUH and
MUSTAPH YUSUF, Appellees

On Appeal from the 134th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-18-10931. Opinion delivered by Justice Nowell. Justices Goldstein and Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.


Judgment entered this 19th day of April 2023.